# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:11CR000256-1 JMM

ARTHUR RAY OSBORN

## ORDER

Defendant's *Pro Se* Motion for Reconsideration (docket entry #32) is DENIED.

IT IS SO ORDERED this 12th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE